IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

PAUL C. WILLIAMS,

                    Plaintiff,                :   Civil No. 08-1210 (RMB/AMD)

          v.

THOMAS P. SULLIVAN, et al.,

                    Defendants.

## ORDER

This matter having come before the Court by way of Plaintiff's motion seeking an extension of time to serve answers and objections to Defendants' discovery requests and an extension of time to complete pretrial factual discovery, and by way of Defendants' cross-motion to dismiss Plaintiff's complaint for the failure of Plaintiff to comply with the Court's Orders and to comply with his discovery obligations in this case; and the Court having considered the Report and Recommendation submitted by the Honorable Ann Marie Donio, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and (C); and the Court having made a de novo review; and for good cause shown;

IT IS on this _25th_ day of _May_ 2011 hereby

**ORDERED** that the Report and Recommendation is **ADOPTED**; and it is further

**ORDERED** that Plaintiff's motion [Doc. No. 56] is **DENIED**; and it is further

**ORDERED** that Defendant's cross-motion to dismiss [Doc. No. 63] is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**.

RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE